UNITED STATES of America,
Plaintiff-Appellee,

v.

William A. WOLFE, Defendant-Appellant.

No. 71-3132

Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 5, 1972.

Henry R. Carr, Carr & Emory, Miami, Fla., for defendant-appellant.

Robert W. Rust, U. S. Atty., George A. Kokus, Miami, Fla., for plaintiff-appellee.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

** Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Appellant was convicted, after a non-jury trial, of conspiring to bring marijuana from Jamaica by plane into the United States in violation of 21 U.S.C.A. § 176a. There is no merit in the sole assignment of error that the evidence was insufficient to warrant the conviction.

Affirmed.